IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DOC HOBBS, | * |
| | * |
|    Plaintiff | * |
| | * |
| v. | * Civil Action No. _____ |
| | * |
| JOHN CARTER, THE OFFICE OF THE SHERIFF OF WAYNE COUNTY and the WAYNE COUNTY BOARD OF COMMISSIONERS, | * |
| | * |
|    Defendants | * |

**NOTICE OF REMOVAL OF CIVIL ACTION**

COMES NOW John Carter, Defendant in the above-styled case and files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446. The "Office of the Sheriff of Wayne County," which is not a legal entity subject to suit but has nonetheless been named as a Defendant, joins in filing this notice. The Wayne County Board of Commissioners, which has not been served with process and which specially appears before the Court for the limited purpose of consenting to removal of this action, likewise joins. These Defendants respectfully show the Court the following:

1. The case of *Hobbs v. John Carter, et al.* was filed and is presently pending in the Superior Court of Wayne County, Georgia, where it is designated as case number SUCV2022000302.

2. Plaintiff contends that Defendants violated his rights under the United States Constitution. Plaintiff's Complaint, ¶¶ 18, 19.

3. This Court has jurisdiction in this matter on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and §1441(b).

4. Defendant Carter received notice of this action on November 23, 2022. This Notice of Removal has been filed within thirty days of Carter's receipt of that notice and is therefore timely pursuant to 28 U.S.C. § 1446 (b)(3).

5. Venue properly rests in the Brunswick Division of the United States District Court for the Southern District of Georgia, as this case is being removed from the State Court of Wayne County, Georgia. 28 U.S.C. §90(c)(5).

6. True and correct copies of all process, pleadings and orders served in this action are attached hereto as Exhibit 1, as required by 28 U.S.C. §1446(a).

This twenty-third day of December, 2022.

/s/ Richard K. Strickland
Richard K. Strickland
Georgia Bar No. 687830

/s/ Emily R. Hancock
Emily R. Hancock
Georgia Bar No. 115145
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
rstrickland@brbcsw.com
ehancock@brbcsw.com

**ATTORNEYS FOR DEFENDANTS**

-2-

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties with a copy of the foregoing pleading, by depositing same in the United States mail with adequate postage thereon to assure delivery to:

W. Douglas Adams, Esquire
1820 Norwich Street
Post Office Box 857
Brunswick, GA 31521-0857

This twenty-third day of December, 2022.

/s/ Emily R. Hancock
Emily R. Hancock
Georgia Bar No. 115145
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
ehancock@brbcsw.com

**ATTORNEYS FOR DEFENDANTS**